# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CORION LESHON MOORE,** | ) |
| **Plaintiff,** | ) |
| v. | ) 4:09-CV-2380-RDP-JEO |
| **OFFICER CURTIS ROE, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on February 1, 2011, recommending that Defendants' Special Report (Doc. #20) be treated as a motion for summary judgment and, as such, be granted and this cause be dismissed with prejudice. Plaintiff was given until February 16, 2011 to file objections to the Magistrate Judge's Report and Recommendation. No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law. Accordingly, Defendants' motion for summary judgment is due to be granted and this action is due to be dismissed with prejudice. A Final Judgment will be entered.

**DONE** and **ORDERED** this ___24th___ day of February, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE